**Order entered March 17, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01319-CR
### No. 05-19-01320-CR

### XAVIOR DEVON COLLIER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-58981-X & F18-58982-X**

### ORDER

Before the Court is appellant's March 10, 2020 first motion for extension of time to file appellant's pro se response to counsel's *Anders* brief. The motion reflects appellant received notice of the filing of the *Anders* brief on February 16, 2020. Appellant's motion indicates he wrote the motion on February 24, 2020. Appellant's motion requests an extension of thirty days until March 17, 2020.

By letter dated February 24, 2020, the Clerk of the Court informed appellant that his pro se response would be due by April 3, 2020. Because the due date the

Court has established extends beyond the due date appellant has requested and because of the difficulties in timely communication with appellant as an incarcerated inmate, we **GRANT** appellant's motion and extend the time to file his pro se response to **May 1, 2020**.

In his motion, appellant alleges, without providing any details, that the clerk's record provided by counsel in cause number 05-19-01319-CR is incomplete. We **ORDER** appellant's counsel, Sharita Blacknall, to communicate with appellant, determine whether he has received a complete copy of the clerk's record in cause number 05-19-01319-CR, and send him any omitted portions. We **FURTHER ORDER** Ms. Blacknall to file, within **TWENTY-ONE DAYS** of the date of this order, a letter stating what actions she has taken to investigate and resolve, if necessary, appellant's complaint regarding omissions in the clerk's record.

We **DIRECT** the Clerk of the Court to transmit a copy of this order to appellate counsel Sharita Blacknall and to counsel for the State. We **FURTHER DIRECT** the Clerk of the Court to mail a copy of this order to Xavior Devon Collier; TDCJ# 02280105; Gist Unit; 3295 FM 3514; Beaumont, Texas 77705.

/s/    CORY L. CARLYLE
JUSTICE

–2–